In the Matter of MARY J. GLOVER, an Incompetent Person, Respondent; M. O'CONNELL & Co., BUILDERS, INC., et al., Appellants.

Submitted May 19, 1937; decided June 1, 1937.

*Owen E. Reilly* for appellants.
No appearance for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.